**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SNAVELY,

      Plaintiff,

  v.

WILDA JOHNSON,

      Defendant.

/

No. C 15-03773 WHA

**ORDER RE MAGISTRATE'S REPORT AND RECOMMENDATION**

      The Court is in receipt of the report and recommendation by Judge Maria-Elena James (Dkt. No. 4).  The deadline for objections was September 3.  No objections to this report and recommendation were filed.  This order **ACCEPTS** and **ADOPTS** the findings therein.  Subject-matter jurisdiction is lacking.  Accordingly, this case is **REMANDED** to Contra Costa County Superior Court.  Plaintiff's application to proceed *in forma pauperis* is **DENIED AS MOOT**.

      **IT IS SO ORDERED.**

Dated:   September 8, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE